IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:11-CV-156

| | |
|---|---|
| JANET S. TREMER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

The defendant, Michael Astrue, Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with a remand of the cause for further administrative proceedings. (Doc. 6.)

On remand, the Commissioner will have the Appeals Council consider the additional evidence from Nancy Sizemore, MA, LPA.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby **GRANTS** Defendant's Consent Motion for Reversal and Remand (Doc. 6) and **REVERSES** the Commissioner's decision with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Signed: December 29, 2011

Richard L. Voorhees
United States District Judge