# United States District Court
# For The Western District of North Carolina
# Statesville Division

JANET S. TREMER,

        Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                                       CASE NO. 5:11CV156

MICHAEL J. ASTRUE,

        Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 29, 2011, Order.

                                            Signed: December 30, 2011

                                            Frank G. Johns, Clerk
                                            United States District Court